Opinion issued January 26, 2006











In The
Court of Appeals
For The
First District of Texas




NO. 01–05–00428–CV




LUCY MAE MENIFEE, Appellant

V.

DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Appellee




On Appeal from the 313th District Court
Harris County, Texas
Trial Court Cause No. 2004-03123J




MEMORANDUM OPINIONAppellant Lucy Mae Menifee has failed to timely file a brief. See Tex. R. App.
P. 38.8(a) (failure of appellant to file brief). After being notified that this appeal was
subject to dismissal, appellant Lucy Mae Menifee did not adequately respond. See
Tex. R. App. P. 42.3(b) (allowing involuntary dismissal of case).
          The appeal is dismissed for want of prosecution for failure to timely file a brief. 
All pending motions are denied.
PER CURIAM
Panel consists of Justices Taft, Higley, and Bland.